JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN LOVE, | Case No. 2:24-cv-00462-SB-PD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BENJAMIN SANZA, | |
| Defendant. | |

Pursuant to the Order Dismissing Action for Failure to Prosecute, JUDGMENT IS HEREBY entered dismissing the action without prejudice.

Dated: November 3, 2025

Stanley Blumenfeld, Jr.
United States District Judge